BRYAN SCHRODER
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT LUIS GREEN, <br><br> Defendant. | No. 3:20-cr-00057-TMB-MMS <br><br> COUNT 1: <br> FELON IN POSSESSION OF A FIREARM AND AMMUNITION <br>   Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) <br><br> CRIMINAL FORFEITURE ALLEGATION: <br>   Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about November 19, 2019, within the District of Alaska, the defendant, ROBERT LUIS GREEN, knowing he had been convicted of the following crimes

punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit:

1. one loaded Walther P22, .22 caliber handgun; and
2. one .22 caliber round of ammunition.

Convictions

| Conviction Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| December 7, 2018 | Misconduct Involving Weapons in the Third Degree | State of Alaska, Third Judicial District at Anchorage | 3AN-18-04501 CR |
| August 3, 2012 | Theft in the Second Degree | State of Alaska, Third Judicial District at Anchorage | 3AN-12-5201 CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as set forth in Count 1 of this Indictment, the defendant, ROBERT LUIS GREEN, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

//

1. one loaded Walther P22, .22 caliber handgun, serial number L237638; and

2. one .22 caliber round of ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Kelly Cavanaugh
KELLY CAVANAUGH
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE:   July 21, 2020